THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Hassan A. Trent, Appellant.
 
 
 

Appeal From Horry County
Edward B. Cottingham, Circuit Court Judge

Unpublished Opinion No. 2007-UP-075
Submitted February 1, 2007  Filed February 12, 2007

AFFIRMED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.  
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Sabrina C. Todd, all of Columbia; and Solicitor John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Hassan Trent appeals his conviction for possession of heroin with intent to distribute in close proximity to a school or playground.  
We affirm pursuant to Rule 220(b)(2), SCACR and the following authorities:  Duncan v. Hampton County Sch. Dist. No. 2, 335 S.C. 535, 545, 517 S.E.2d 449, 454 (Ct. App. 1999) (citing Connolly v. Peoples Life Ins. Co. of South Carolina, 299 S.C. 348, 351, 384 S.E.2d 738, 740 (1989) for the proposition that a party must state a specific ground for a directed verdict motion in order to preserve the issue for appellate review.).[1]
AFFIRMED.
HEARN, C.J., GOOLSBY and STILWELL, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.